Schenectady Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH, Respondent, v. SHEA, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by Margaret Smith against Annie A. Shea, impleaded with others. F. Bien, for appellant. J. Holmes, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SMITH v. SHEA. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Margaret Smith against Annie A. Shea. No opinion. Motion denied, with $10 costs. Order filed.

SMITH, Respondent, v. UNITED STATES CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by Alice W. Smith, as administratrix, etc., of Clark M. Smith, deceased, against the United States Casualty Company. No opinion. Judgment and order unanimously affirmed, with costs.

SNELL, Respondent, v. REMINGTON PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Irving Snell against the Remington Paper Company. No opinion. Judgment and order affirmed, with costs. See, also, 102 App. Div. 1146, 92 N. Y. Supp. 343.

SNOW v. SNOW. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Appeal from Special Term, New York County. Action by Fannie P. Snow against Elbridge Gerry Snow, Jr. From an order modifying a final decree for plaintiff, defendant appeals. Affirmed. Joseph Rowan, for appellant. Abram I. Elkus, for respondent.

PER CURIAM. Order modified by reducing the allowance to be paid by defendant for the support of the children to $4,000 per annum, and by reducing counsel fee for plaintiff's attorney to $250, and, as so modified, affirmed, without costs.

SNYDER, Respondent, v. KINON, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Alice C. Snyder against Mary E. Kinon, as administratrix, etc. No opinion. Judgment affirmed, with costs.

SPADONE v. WARREN. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by A. Spadone against H. D. Warren. No opinion. Motion dismissed.

SPARHAWK, Appellant, v. GILLIN PRINTING CO., Respondent. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by John Sparhawk, Jr., as trustee, etc., against the Gillin Printing Com-

pany. H. Siegrist, Jr., for appellant. W. F. Severance, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re SPENCER. (Supreme Court, Appellate Division, First Department. March 5, 1909.) In the matter of Charles G. Spencer, deceased. No opinion. Decrees affirmed, with costs. Orders filed.

SPRINGS et al., Respondents, v. JAMES, Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Richard A. Springs and others against David W. James. H. D. Mason, for appellant. J. R. Abney, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STAPLES, Respondent, v. CHUBB, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by Fred Staples against Stephen Chubb.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents, for the reason of error in charge.

STATE BOARD OF PHARMACY v. RUPP. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by the State Board of Pharmacy against Louis P. Rupp. No opinion. Motion granted. Order signed.

STEUBNER, Respondent, v. HERBERT, Appellant. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by Gustavus L. Steubner against Henry L. Herbert. L. E. Warren, for appellant. C. D. Folsom, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents.

STEVENS, Appellant, v. EPISCOPAL CHURCH HISTORY CO., Respondent. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Ella M. A. Stevens, as executrix, against the Episcopal Church History Company. C. H. Ayres, for appellant. W. E. Kisselburgh, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STICKLES, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Nelson Stickles, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

STONE, Respondent, v. PENNSYLVANIA R. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Nellie Stone against